In the Matter of BABYLON MILK & CREAM Co., INC., Appellant,
against C. CHESTER DU MOND, as Commissioner of Agriculture
and Markets, Respondent.

Submitted July 13, 1953; decided July 14, 1953.

*Robert G. Blabey* and *George G. Fiesinger* for motion.
*Harry Rosenberg* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that there is no substantial constitutional question involved.